PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH, ESQ. (State Bar No. 367857)
2750 SW 145TH AVENUE #509
Miramar, Florida 33027
VV@PLGDAMAGE.COM
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bridget Botto, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Marc Jacobs International, L.L.C. **d/b/a** Marc Jacobs<br><br>Defendant. | Case No.:<br><br>**Complaint for Damages and Injunctive Relief for Violations of: 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(1)**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

Plaintiff Bridget Botto ("Plaintiff") brings this class action against Marc Jacobs International, L.L.C. ("Defendant") and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's counsel.

## NATURE OF THE ACTION

1. This putative class action arises from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. (the "TCPA"), and the Federal Communications Commission ("FCC") regulations promulgated thereunder.

2. To advertise and promote its goods and services, Defendant transmitted, or caused to be transmitted, unsolicited telemarketing text messages to Plaintiff and other consumers, including multiple messages initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

3. Through this action, Plaintiff seeks injunctive relief, statutory damages, treble damages for willful or knowing violations, costs, and such other relief as the Court deems just and proper.

## PARTIES

4. Plaintiff is a natural person, a citizen and resident of Los Angeles County, California, and a "person" entitled to bring this action under the TCPA.

5. Defendant, Marc Jacobs International, L.L.C., is a Delaware Limited Liability Company that is authorized to do business in California and does business as Marc Jacobs.

6. Unless otherwise indicated, references to Defendant include its agents, employees, officers, members, directors, partners, subsidiaries, affiliates, predecessors, successors, assigns, principals, representatives, vendors, and all other persons or entities acting on its behalf.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the TCPA.

8. This Court has personal jurisdiction over Defendant, and venue is proper in this District because Defendant transacts business in this District, purposefully directed the telemarketing campaign at issue into this District, and because Defendant's unauthorized marketing scheme was directed by Defendant to consumers in this District.

## STATUTORY AND REGULATORY BACKGROUND

### I. <u>Telephone Consumer Protection Act (TCPA)</u>

9. In 1991, Congress enacted the TCPA to address the explosive growth of the telemarketing industry. In so doing, Congress recognized that "[u]nrestricted telemarketing . . . can be an intrusive invasion of privacy [.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

10. Section 227(c) of the TCPA directed the FCC to adopt rules protecting residential telephone subscribers' privacy rights and limiting unwanted telephone solicitations. 47 U.S.C. §

227(c)(1).

11. The FCC's regulations prohibit any person or entity from initiating a telephone solicitation to any residential telephone subscriber before 8 am and after 9 pm local time at the called party's location. and similarly provides a private right of action against any entity that makes those telephone solicitations, or "on whose behalf" such telephone solicitations are made. 47 U.S.C. § 227(c)(5); 47 C.F.R. § 64.1200(c)(1). 47 C.F.R. § 64.1200(e), the restrictions in § 64.1200(c) apply to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described by the FCC. 47 C.F.R. § 64.1200(e).

13. Under the TCPA, a text message qualifies as a "call." *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153, 156 (2016).

14. The FCC defines "telephone solicitation" to mean the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, but the term does not include a call or message sent with prior express invitation or permission, to a person with whom the caller has an established business relationship, or by or on behalf of a tax-exempt nonprofit organization. 47 C.F.R. § 64.1200(f)(15).

15. A person who has received more than one telephone call within any twelve-month period by or on behalf of the same entity in violation of the regulations prescribed under 47 U.S.C. § 227(c) may bring an action for injunctive relief and to recover actual monetary loss or up to $500.00 in damages for each violation, whichever is greater. 47 U.S.C. § 227(c)(5).

16. If the Court finds that the defendant willfully or knowingly violated the regulations prescribed under 47 U.S.C. § 227(c), the Court may, in its discretion, increase the amount of the award to an amount equal to not more than three times the amount otherwise available. *Id.*

**FACTS**

17. Plaintiff is the regular user and subscriber of the wireless telephone number ending in 5952

(the "Subject Number"). Plaintiff uses the Subject Number only or primarily for personal, family, and household purposes, as Plaintiff's primary means of being reached at home, and as a replacement for a traditional residential landline.

18. On or about July 8, 2025 at 3:03 PM, Plaintiff requested to opt-out of Defendant's text messages by replying with a stop instruction as reflected by the following screenshot.

*See Exhibit A.*

19. Defendant ignored Plaintiff's request and continued text messaging Plaintiff, as demonstrated by the above screenshot and the following screenshot. *See Exhibit A.*

20. As demonstrated by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's goods, services, and/or properties.

21. As demonstrated by the above screenshots, Defendant does not honor consumer requests to opt-out of text message solicitations. Indeed, Plaintiff attempted to opt-out of Defendant's text message solicitations by telling Defendant not to contact them anymore, but Defendant continued to text message Plaintiff.

22. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant has not instituted procedures for maintaining a list of persons who request not to receive text messages from Defendant. The precise details regarding its lack of requisite policies and procedures are solely within Defendant's knowledge and control.

23. True and correct copies of the messages are attached as Exhibit A and incorporated by reference.

24. The subject messages were not informational or transactional. Their purpose was to advertise, promote, and encourage the purchase of Defendant's goods and/or services.

25. Defendant did not maintain the required procedures for handling and processing opt-out requests prior to the initiation of the violative text messages it sent to Plaintiff as reflected by the fact that Plaintiff made an opt-out request and that request was never

processed; it was ignored by Defendant and its employees and Defendant continued to send text messages.

26. Defendant sent at least two solicitations after Plaintiff's first opt-out request.

27. Plaintiff utilizes the cellular telephone that received Defendant's texts messages for personal purposes and the number is Plaintiff's residential telephone line.

28. Upon information and belief, Defendant has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members. Defendant also has access to text message logs showing Plaintiff's and the Class members' inbound opt-out requests.

29. Defendant's text messages caused Plaintiff and the Class members harm, including statutory damages, inconvenience, invasion of privacy, aggravation, annoyance, and violation of their statutory privacy rights.

## CLASS ALLEGATIONS

**Proposed Class**

30. Plaintiff brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of Plaintiff and the following proposed class:

31. TCPA After-Hours Class: All persons in the United States who, from four years prior to the filing of this action through the date of class certification, Defendant, or anyone acting on Defendant's behalf, initiated more than one telephone solicitation text message within any twelve-month period to a wireless telephone number used by the called party as a residential line, where at least one such message was initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

32. Plaintiff reserves the right to modify the class definition as discovery and further investigation may warrant.

33. Excluded from the Class are Defendant, any parent, subsidiary, affiliate, or control person of Defendant, and Defendant's officers, directors, agents, servants, employees, attorneys, and the immediate family members of such persons.

34. Upon information and belief, the members of the Class number at least in the dozens and likely in the hundreds or thousands, making joinder impracticable. The identities of the Class members are presently unknown to Plaintiff but are ascertainable through Defendant's records and the records of Defendant's agents and vendors.

**Common Questions and Rule 23 Requirements**

35. There are numerous questions of law and fact common to the Class that predominate over any questions affecting only individual members, including whether Defendant initiated or caused to be initiated the challenged text messages; whether those messages constituted telephone solicitations or telemarketing; whether the messages were sent to wireless numbers used as residential lines; whether the messages were initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location; whether Defendant possessed prior express invitation or permission; whether Defendant had an established business relationship with the recipients; whether any nonprofit exemption applies; and whether Defendant is liable for damages and injunctive relief.

36. Plaintiff's claims are typical of the claims of the Class because they arise from the same course of conduct and are based on the same legal theories.

37. Plaintiff will fairly and adequately protect the interests of the Class and has retained counsel experienced in complex litigation and TCPA class actions.

38. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy because the damages recoverable by individual class members are small compared with the burden and expense of individual litigation, and separate actions would risk inconsistent results and needlessly burden the courts.

**COUNT I**

**VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)**

**(On Behalf of Plaintiff and the Class)**

39. Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 38 as if fully set forth herein.

1. In pertinent part, 47 C.F.R. § 64.1200(d) provides:

> No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:
>
> (1) *Written policy*. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) *Training of personnel engaged in telemarketing*. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.
>
> (3) *Recording, disclosure of do-not-call requests.* If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a

telemarketing call is made or an affiliated entity.

40. Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers.

41. Plaintiff and the Class Members are residential telephone subscribers who received more than one text message made for purposes of telemarketing or solicitation purposes from Defendant, who has failed to implement the requisite procedures and personnel training as demonstrated by its failure to honor opt-out requests.

42. Plaintiff and the Class members made requests to Defendant not to receive texts from Defendant.

43. Plaintiff and the Class Members revoked any consent they may have provided Defendant by responding with “stop” or similar opt-out instructions.

44. Defendant continued to text message Plaintiff and the Class Members to harass them into making purchases from Defendant.

45. Defendant failed to honor Plaintiff’s and the Class members’ opt-out requests.

46. Defendant’s refusal to honor opt-out requests is indicative of Defendant’s failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

47. Plaintiff and the Class members are informed and believe that Defendant has not instituted procedures for maintaining a list of persons who request not to receive telemarketing calls or text messages.

48. Plaintiff and the Class members are informed and believe that Defendant does not have a written policy, available upon demand, for maintaining a do-not-call list.

49. Plaintiff and the Class members are informed and believe that Defendant does not train its personnel engaged in any aspect of telemarketing in the existence and use of the do-not-

call list.

50. The details and specific facts regarding Defendant's failure to maintain the required policies and procedures, as well as personnel training, are solely within Defendant's knowledge and possession.

51. Defendant has violated 47 C.F.R. § 64.1200(d) by failing to honor opt-out requests, failing to maintain the required policies and procedures, and failing to train its personnel engaged in telemarketing.

52. Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Class members are entitled to an award of $500.00 in statutory damages, for each and every negligent violation.

53. As a result of Defendant's knowing or willful conduct, Plaintiff and the Class members are entitled to an award of $1,500.00 in statutory damages per violation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the Class, respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendant and award the following relief:

a) An order certifying this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, appointing Plaintiff as Class Representative, and appointing Plaintiff's counsel as Class Counsel;

b) Statutory damages of up to $500.00 for each violation, or actual monetary loss, whichever is greater;

c) An award of treble damages for each willful or knowing violation;

d) Injunctive relief prohibiting Defendant from engaging in conduct that violates the TCPA, including initiating telephone solicitations before 8:00 a.m. or after 9:00 p.m. local time at the called party's location;

e) Costs, pre-judgment interest, and post-judgment interest as permitted by law; and

f) Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff and the members of the Class hereby demand a trial by jury on all issues so triable.

**DOCUMENT PRESERVATION DEMAND**

Plaintiff demands that Defendant take affirmative steps to preserve all records, electronically stored information, transmission logs, campaign reports, consent records, customer relationship data, vendor communications, and all other documents or data relating to the text messages and telemarketing practices alleged herein.

Dated: October 06, 2026

Respectfully Submitted,

/s/ Vinit R. Venkatesh, Esq.

Vinit R. Venkatesh, Esq.
Attorney Bar No: 367857
E-mail: vv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027
Phone: 305-506-4746

COUNSEL FOR PLAINTIFF

# EXHIBIT A

# ATTACH PHOTOS



















7:03
99638
Aug 12, 2025 at 5:42 PM
THE TOTE BAG
MARC JACOBS
Marc Jacobs: A nod to something new. Enjoy complimentary shipping on The Leather Mini Bag that caught your eye:
https://txts.ly/ZXwKmL
Aug 14, 2025 at 3:03 PM
MARC JACOBS
WHAT'S YOUR VIBE?
Text Message · SMS


7:03
99638
Aug 14, 2025 at 3:03 PM
MARC JACOBS
WHAT'S YOUR VIBE?
Marc Jacobs: Fall is here! What's your vibe for the season ahead? Whatever you're channeling, we have a fit to follow. See the looks, shop the edits.
https://txts.ly/hQzipL
Aug 22, 2025 at 10:02 AM
MARC JACOBS
Text Message · SMS


7:03
99638
Aug 22, 2025 at 10:02 AM
MARC JACOBS
Marc Jacobs: Suede season starts now! Fall's softest obsession? Let the texture do the talking. Shop now.
https://txts.ly/xlsMzL
Aug 27, 2025 at 3:01 PM
MARC JACOBS
Text Message · SMS


7:03
99638
Aug 27, 2025 at 3:01 PM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Marc Jacobs: EXTRA 20% OFF starts NOW 🚨 Your favorite Marcdowns just got better. Don't wait - shop before they're gone!
https://txts.ly/AVE8QL
Aug 28, 2025 at 3:01 PM
MARC JACOBS
Text Message · SMS


7:03
99638
Aug 28, 2025 at 3:01 PM
MARC JACOBS
Marc Jacobs: Introducing the Dakota. Slouchy, soft and belted - tighten your style game with fall's richest tones and the season's most indulgent textures.
https://txts.ly/7RAaEL
Aug 29, 2025 at 10:03 AM
Text Message · SMS
ARTIST CAPSULE


7:03
99638
Aug 29, 2025 at 10:03 AM
MARC JACOBS
ARTIST CAPSULE
joy.
Marc Jacobs: COMING SOON! Our exclusive limited-edition Artist Capsule is almost here. The collab of the year. Get notified when it drops!
https://txts.ly/T13wJL
Aug 30, 2025 at 10:04 AM
MARC JACOBS
Text Message · SMS


7:03
99638
Aug 30, 2025 at 10:04 AM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Marc Jacobs: EXTRA 20% OFF Continues 🚨 The sale you've been waiting for won't last long! Shop now.
https://txts.ly/Z6iHJL
Sep 1, 2025 at 3:02 PM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Text Message • SMS


7:04
99638
Sep 1, 2025 at 3:02 PM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Marc Jacobs: Time's Running Out ⏳ EXTRA 20% OFF Ends Soon. Don't wait - shop the Private Sale before it's too late!
https://txts.ly/3MDYML
Sep 2, 2025 at 3:01 PM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Text Message • SMS


7:04
99638
Sep 2, 2025 at 3:01 PM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Marc Jacobs: Last Chance! ⏰ Private Sale Ends Tonight 🚨 Don't miss out on EXTRA 20% OFF Marcdowns, shop your favorites while you can!
https://txts.ly/QBwx1L
Sep 3, 2025 at 10:03 AM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Text Message • SMS


7:04
99638
Sep 3, 2025 at 10:03 AM
MARC JACOBS
PRIVATE SALE
EXTRA 20% OFF
Marc Jacobs: Private Sale extended - today only! 🚨 EXTRA 20% OFF ends TONIGHT. Don't wait - shop the final hours before it's gone!
https://txts.ly/7YNVQL
Sep 5, 2025 at 10:03 AM
MARC JACOBS
ARTIST CAPSULE
joy.
Text Message • SMS


7:04
99638
Sep 5, 2025 at 10:03 AM
MARC JACOBS
ARTIST CAPSULE
joy.
Marc Jacobs: THE WORLD OF JOY IS HERE! Step into a vibrant collection fusing fashion and art - brought to life by the iconic works of David Shrigley, Hattie Stewart and Derrick Adams. Shop the limited-edition collab now!
https://txts.ly/9B1VUL
Sep 10, 2025 at 3:04 PM
MARC JACOBS
Text Message • SMS


7:04
99638
Sep 10, 2025 at 3:04 PM
MARC JACOBS
David Shrigley
THE TOTE BAG
Marc Jacobs: DAVID SHRIGLEY x MARC JACOBS is here! Ironic wit. Bold pops of color. Shop the limited-edition collab now!
https://txts.ly/9nPAZL
Sep 17, 2025 at 3:02 PM
MARC JACOBS
Hattie Stewart
Text Message • SMS


7:04
99638
Sep 17, 2025 at 3:02 PM
MARC JACOBS
Hattie Stewart
THE TOTE BAG
Marc Jacobs: HATTIE STEWART x MARC JACOBS is here! High-voltage color. Joy-filled rebellion. Shop the limited-edition drop now!
https://txts.ly/wVOjkM
Sep 24, 2025 at 3:03 PM
MARC JACOBS
Derrick Adams
Text Message • SMS


7:04
99638
Sep 24, 2025 at 3:03 PM
MARC JACOBS
Derrick Adams
Marc Jacobs: DERRICK ADAMS x MARC JACOBS is here! Bold patterns, fragmented forms, unapologetic JOY. Shop the limited-edition collab now!
https://txts.ly/oSncrM
Wed, Oct 1 at 3:05 PM
MARC JACOBS
ARTIST CAPSULE
joy.
Text Message • SMS


7:04
99638
Wed, Oct 1 at 3:05 PM
MARC JACOBS
ARTIST CAPSULE
joy.
Marc Jacobs: The Artist Capsule. 🎨 Three artists. Eight brands. One unforgettable collision of color and culture. Shop the limited-edition collab before it's too late!
https://txts.ly/7InVrM
Fri, Oct 3 at 10:03 AM
M A.R.C. JACOBS
Text Message • SMS


7:04
99638
Fri, Oct 3 at 10:03 AM
M A.R.C. JACOBS
Marc Jacobs: A.P.C. x Marc Jacobs is here 📚 Old-school codes. New-school cool. Shop the limited-edition collab now.
https://txts.ly/2uX4EM
Sat, Oct 4 at 4:08 PM
Text Message • SMS


7:04
99638
Sat, Oct 4 at 4:08 PM
Marc Jacobs: Your sold-out favorite is back in stock - grab it before it's gone (again):
https://txts.ly/9coFuM
Sun, Oct 5 at 2:09 PM
Text Message • SMS


7:04
99638
Sun, Oct 5 at 2:09 PM
Reminder: THE item is back, and shipping's on us.
Here's a second chance at your sold-out favorite from Marc Jacobs:
https://txts.ly/cfZ6IM
Tue, Oct 7 at 3:02 PM
MARC JACOBS
Text Message • SMS


7:04
99638
Tue, Oct 7 at 3:02 PM
MARC JACOBS
Private Sale
Up to
47% Off
Online & In-store
Marc Jacobs: UP TO 50% OFF starts NOW 🚨 Shop the Private Sale while you can 🎉 Plus new styles added!
https://txts.ly/LmPVxM
Fri, Oct 10 at 10:05 AM
MARC JACOBS
Private Sale
Text Message • SMS


7:05
99638
Fri, Oct 10 at 10:05 AM
MARC JACOBS
Private Sale
Up to
50% Off
Online & In-store
Marc Jacobs: The Private Sale is on 🚨 Get UP TO 50% OFF - with new styles just in. Shop fast before they're gone!
https://txts.ly/zRtDCM
Sun, Oct 12 at 10:03 AM
MARC JACOBS
Private Sale
Text Message • SMS


7:05
99638
Sun, Oct 12 at 10:03 AM
MARC JACOBS
Private Sale
Up to
42% Off
Online & In-store
Marc Jacobs: Last chance ⏰ The Private Sale ends TONIGHT. Don't miss UP TO 50% OFF - discover new Marcdowns before it's too late.
https://txts.ly/1fYbHM
Mon, Oct 13 at 8:03 PM
Text Message • SMS


7:05
99638
Mon, Oct 13 at 8:03 PM
Iconic. Bold. Your perfect match. Enjoy complimentary shipping on The Quilted Denim Sunny Sandal from Marc Jacobs:
https://txts.ly/PgVXHM
Tue, Oct 14 at 3:04 PM
MARC JACOBS
Private Sale
Text Message • SMS


7:05
99638
Tue, Oct 14 at 3:04 PM
MARC JACOBS
Private Sale
Up to
36% Off
Online & In-store
Marc Jacobs: Today only ⏳ UP TO 50% OFF extended! Last chance to discover the Private Sale 🚨 Don't miss out on exclusive savings!
https://txts.ly/HxTxKM
Thu, Oct 16 at 8:04 PM
Text Message • SMS


7:05
99638
Thu, Oct 16 at 8:04 PM
Marc Jacobs: A nod to something new. Enjoy complimentary shipping on The Quilted Denim Sunny Sandal that caught your eye:
https://txts.ly/OmUfXM
Fri, Oct 17 at 10:04 AM
MARC JACOBS
Text Message • SMS


7:05
99638
Fri, Oct 17 at 10:04 AM
MARC JACOBS
Marc Jacobs: Suede season has arrived 🍂 Fall's best texture, your smoothest power move. Shop now! https://txts.ly/ItE1XM
Wed, Oct 22 at 5:17 PM
Text Message • SMS


7:05
99638
Wed, Oct 22 at 5:17 PM
Marc Jacobs: Your sold-out favorite is back in stock - grab it before it's gone (again): https://txts.ly/96nuQM
Fri, Oct 24 at 10:03 AM
MARC JACOBS
Text Message • SMS


7:05
99638
Fri, Oct 24 at 10:03 AM
MARC JACOBS
Marc Jacobs: Winter 2025 arrives with icy blues and raspberry pinks. Break through the haze in a curated clash of cool and vibrant ❄️ Shop now! https://txts.ly/FvF6RM
Fri, Oct 31 at 10:03 AM
MARC JACOBS
Text Message • SMS


7:05
99638
Fri, Oct 31 at 10:03 AM
MARC JACOBS
MARC'S GIFT PICKS
Marc Jacobs: GIVE MARC, GET JOY 🎄 The distinctive. The playful. The just-a-little-quirky kind of gift they didn't see coming (and won't stop talking about) 🌟 Shop The 2025 Gift Guide now! https://txts.ly/nOyg3M
Thu, Nov 6 at 3:03 PM
MARC JACOBS
GIVE MARC.
Text Message • SMS


7:05
99638
Thu, Nov 6 at 3:03 PM
MARC JACOBS
GIVE MARC.
GET UP TO 50% OFF
SELECT STYLES.
Marc Jacobs: UP TO 50% OFF starts NOW 🚨 New styles just added 🎁 Shop gifts for them (and you, too)! https://txts.ly/cyjFmN
Fri, Nov 7 at 10:04 AM
MARC JACOBS
Text Message • SMS


7:05
99638
Fri, Nov 7 at 10:04 AM
MARC JACOBS
Marc Jacobs: GIFTS UNDER $250 🎁 Looks like a splurge, feels like a steal. Shop the 2025 Gift Guide now! https://txts.ly/tCFHcN
Sat, Nov 8 at 10:01 AM
Marc Jacobs: Don't miss out! UP TO 50% OFF continues - plus new styles added. Shop gifts for them (and you, too) 🎁 txts.ly/zq4WcN
Text Message • SMS


7:05
99638
Sat, Nov 8 at 10:01 AM
Marc Jacobs: Don't miss out! UP TO 50% OFF continues - plus new styles added. Shop gifts for them (and you, too)
txts.ly/zq4WcN
Sun, Nov 9 at 10:02 AM
Marc Jacobs: UP TO 50% OFF Your must-haves won't wait! New styles are going fast - shop gifts for them (and you, too)
https://txts.ly/4ZtlqN
Tue, Nov 11 at 3:01 PM
MARC JACOBS
GIVE MARC.
GET UP TO 50% OFF
SELECT STYLES.
Marc Jacobs: Last chance
https://txts.ly/cxRRuN
Text Message • SMS


7:05
99638
Thu, Nov 13 at 3:01 PM
X MARC JACOBS
Marc Jacobs: MARC JACOBS x DR. MARTENS has arrived. The iconic Kiki Boot meets Dr. Martens' streetwise grit. Shop the limited-edition drop now.
https://txts.ly/EchyvN
Fri, Nov 14 at 11:05 AM
MARC JACOBS
DEAL OF THE DAY
Text Message • SMS


7:06
99638
Fri, Nov 14 at 11:05 AM
MARC JACOBS
DEAL OF THE DAY
TODAY ONLY: $199 $498
OFFER ENDS AT 11:59PM PST
MARC JACOBS: Your exclusive Daily Deal is here Save BIG today only. Offer ends tonight at 11:59 PM PST Grab it before it's gone!
https://txts.ly/T6bWmN
Sun, Nov 16 at 10:03 AM
MARC JACOBS
DEAL OF THE DAY
Text Message • SMS


7:06
99638
Sun, Nov 16 at 10:03 AM
MARC JACOBS
DEAL OF THE DAY
TODAY ONLY: $179 $398
OFFER ENDS AT 11:59PM PST
MARC JACOBS: Today's Daily Deal won't last Your chance to save BIG ends tonight at 11:59 PM PST. Act fast!
https://txts.ly/iAJGBN
Tue, Nov 18 at 10:02 AM
MARC JACOBS
DEAL OF THE DAY
Text Message • SMS


7:06
99638
Tue, Nov 18 at 10:02 AM
MARC JACOBS
DEAL OF THE DAY
TODAY ONLY: $149 $328
OFFER ENDS AT 11:59PM PST
MARC JACOBS: Today's BIG Deal won't wait Save before midnight! This offer ends tonight at 11:59 PM PST
https://txts.ly/bonlqN
Thu, Nov 20 at 10:02 AM
MARC JACOBS
DEAL OF THE DAY
Text Message • SMS


7:06
99638
Thu, Nov 20 at 10:02 AM
MARC JACOBS
DEAL OF THE DAY
TODAY ONLY: $129 $298
OFFER ENDS AT 11:59PM PST
MARC JACOBS: Price Drop Alert $298 → $129! This exclusive offer disappears tonight!
https://txts.ly/av7REN
Fri, Nov 21 at 10:02 AM
MARC JACOBS
Text Message • SMS


7:06
99638
Fri, Nov 21 at 10:02 AM
MARC JACOBS
THE CROSSBODY
STARTING AT $119
THE CYBER SPECIALS YOU'VE BEEN WAITING FOR ARE HERE!
MARC JACOBS: CYBER SPECIALS Have Arrived 👀 Blink and you'll miss 'em. Shop gifts for your whole list, starting at $119. Shop now.
https://txts.ly/yzlOHN
MARC JACOBS
THE CROSSBODY
Text Message • SMS
STARTING AT $119


7:06
99638
Mon, Nov 24 at 10:03 AM
MARC JACOBS
STARTING AT $119
THE CYBER SPECIALS YOU'VE BEEN WAITING FOR ARE HERE!
MARC JACOBS: We made these CYBER SPECIALS just for you. Gifts for everyone on your list (including you), starting at $119. Shop now.
https://txts.ly/wHIPNN
Tue, Nov 25 at 1:02 PM
Marc Jacobs: Don't miss out! UP TO 50% OFF sale continues - plus CYBER SPECIALS everyone loves. Shop gifts for them (and you, too) 🎁
https://txts.ly/nCsYCN
Text Message • SMS


7:06
99638
Tue, Nov 25 at 1:02 PM
Marc Jacobs: Don't miss out! UP TO 50% OFF sale continues - plus CYBER SPECIALS everyone loves. Shop gifts for them (and you, too) 🎁
https://txts.ly/nCsYCN
Wed, Nov 26 at 10:04 AM
MARC JACOBS
TOTES STARTING AT $99
THE CYBER SPECIALS YOU'VE BEEN WAITING FOR ARE HERE!
MARC JACOBS: This weekend only! TOTES starting at $99 and other favorites you don't want to miss out on. Shop CYBER SPECIALS before it's too late.
https://txts.ly/WJLkPN
Text Message • SMS


7:07
99638
Thu, Nov 27 at 10:03 AM
MARC JACOBS
CYBER WEEKEND
GIVE MARC. GET AN EXTRA 20% OFF SALE.
MUST-HAVE STYLES. CAN'T-MISS SAVINGS.
MARC JACOBS: Lucky you 🤞 EXTRA 20% OFF Sale Starts Now! Shop Must-Have Styles with Can't Miss Savings!
https://txts.ly/kQ3kTN
Fri, Nov 28 at 10:02 AM
MARC JACOBS: Cyber weekend is going strong. There's still ⏰ to snag an EXTRA 20% OFF sale styles.
https://txts.ly/HusOKN
Sat, Nov 29 at 10:00 AM
Text Message • SMS


7:07
99638
Fri, Nov 28 at 10:02 AM
MARC JACOBS: Cyber weekend is going strong. There's still ⏰ to snag an EXTRA 20% OFF sale styles.
https://txts.ly/HusOKN
Sat, Nov 29 at 10:00 AM
MARC JACOBS: Pssst 🗣️ Don't miss out on EXTRA 20% OFF sale⏰ Shop now before your favorites are gone!
https://txts.ly/jFnONN
Sun, Nov 30 at 10:01 AM
MARC JACOBS
THE TOTE BAG
Text Message • SMS
MARC JACOBS: It's time for


7:07
99638
Sun, Nov 30 at 10:01 AM
MARC JACOBS
THE TOTE BAG
MARC JACOBS: It's time for totes! Shop totes in every size and color. They're ready to hold all the essentials (and emotional support lip glosses).
https://txts.ly/lGTTPN
Mon, Dec 1 at 10:02 AM
MARC JACOBS
Text Message • SMS
GET AN EXTRA


7:07
99638
Mon, Dec 1 at 10:02 AM
MARC JACOBS
CYBER WEEKEND
GIVE MARC. GET AN EXTRA 20% OFF SALE.
MUST-HAVE STYLES. CAN'T-MISS SAVINGS.
MARC JACOBS: LAST CHANCE ‼️ EXTRA 20% OFF SALE. Shop something for them, something for you, something for them, something for you. *Repeat as needed* https://txts.ly/MxA93N
Tue, Dec 2 at 3:04 PM
MARC JACOBS: FINAL DAY FOR 20% OFF SALE ✨ 🔔 Get your list, check it twice, and don't miss this offer before its gone
Text Message • SMS


7:08
99638
Thu, Dec 4 at 10:04 AM
MARC JACOBS
MARC JACOBS: Ready to smell like a work of art? The work of Takashi Murakami meets the world of Marc Jacobs Daisy with four exclusive fragrances that are perfect for gifting. 🌼 ✨ 🎨 Explore the collection. https://txts.ly/FYxS0N
Mon, Dec 8 at 10:05 AM
MARC JACOBS
Text Message • SMS


7:08
99638
Mon, Dec 8 at 10:05 AM
MARC JACOBS
MARC JACOBS: Today is Day 1 of 12 Days of Gifts from Marc! Unwrap a gift that will jingle and jangle. The Charm Shoulder Bag is $149 today only! https://txts.ly/9QQB1N
Tue, Dec 9 at 10:03 AM
MARC JACOBS: Day 2 of 12 Days of Gifts is Here! Snag the A.P.C. Collab at 30% off for one day only. Something for them (& you too)! Shop now. txts.ly/tEff5N
Text Message • SMS


7:08
99638
Tue, Dec 9 at 10:03 AM
MARC JACOBS: Day 2 of 12 Days of Gifts is Here! Snag the A.P.C. Collab at 30% off for one day only. Something for them (& you too)! Shop now. txts.ly/tEff5N
Wed, Dec 10 at 10:01 AM
MARC JACOBS: Today's Gift of the Day, the Trinket Charm totes (and more)! Bring a little NYC with you anywhere you go. Shop Now. https://txts.ly/LD2n6N
Thu, Dec 11 at 10:03 AM
MARC JACOBS: Day 4 of 12 Days of Gifts is Here! The JOY: Artist Capsule is 30% off! Shop gifts that turn your closet into a gallery! https://txts.ly/H0JQ4N
Fri, Dec 12 at 10:02 AM
MARC JACOBS: Today is Day 5 of 12 Days of Gifts! Treat yourself to an extra helping of
Text Message • SMS


7:08
99638
Fri, Dec 12 at 10:02 AM
MARC JACOBS: Today is Day 5 of 12 Days of Gifts! Treat yourself to an extra helping of chic with new sale styles up to 50% Off! Shop now. txts.ly/yLzqjO
Sat, Dec 13 at 10:02 AM
MARC JACOBS: Day 6 of 12 Days of Gifts is Here! Cozy up with the Quilted Collection today only starting at $129. Shop now. https://txts.ly/bar56N
Sun, Dec 14 at 10:05 AM
MARC JACOBS: Day 7 of 12 Days of Gifts is perfect for the fashionista on your list. Today Only! The Dual Collection starting at $149. Shop now. txts.ly/pmEJ9N
Mon, Dec 15 at 10:04 AM
MARC JACOBS: Day 8 of 12 Days of Gifts is for the ultimate
Text Message • SMS


7:08
99638
Mon, Dec 15 at 10:04 AM
MARC JACOBS: Day 8 of 12 Days of Gifts is for the ultimate cool girl! The Cristina starting at $249, today only. Blink & you'll miss it. Shop now txts.ly/Se2lnO
Tue, Dec 16 at 10:02 AM
MARC JACOBS: Day 9 of 12 Days of Gifts is all about the party! Get ready with select styles up to 50% Off, today only! Shop now. https://txts.ly/Ovm9lO
Wed, Dec 17 at 10:05 AM
MARC JACOBS: Day 10 of 12 Days of Gifts is the perfect duo. 🎁 Buy a Tote Bag of your choice & get 50% Off a Wallet. Today Only! https://txts.ly/hBkldO
Thu, Dec 18 at 10:04 AM
MARC JACOBS: Day 11 of Gifts of the Day: TODAY ONLY,
Text Message • SMS
Don't miss out! Shop now.


7:08
99638
Thu, Dec 18 at 10:04 AM
MARC JACOBS: Day 11 of Gifts of the Day: TODAY ONLY, Spend $250+ Get 25% Off Your Purchase (exclusions apply)! Don't miss out! Shop now.
https://txts.ly/c85loO
Fri, Dec 19 at 10:07 AM
Day 12 of Gifts is Here & it's Extra 20% Off Sale! 🎁 Order by 11:59PM EST for guaranteed holiday delivery. Shop Now.
txts.ly/9mhegO
Sat, Dec 20 at 10:01 AM
MARC JACOBS: Psst! Our gift to you is complimentary expedited shipping! Order by 11:59PM ET tonight for holiday delivery. Shop Now.
https://txts.ly/Rp0OgO
Sun, Dec 21 at 10:01 AM
MARC JACOBS: Last Chance on Complimentary Holiday Delivery! Plus, there's Extra
Text Message • SMS


7:08
99638
Sun, Dec 21 at 10:01 AM
MARC JACOBS: Last Chance on Complimentary Holiday Delivery! Plus, there's Extra 20% Off Sale! Order by 11:59PM ET tonight. Shop Now.
https://txts.ly/yttCuO
Fri, Dec 26 at 10:06 AM
MARC JACOBS
Hollywood
MARC JACOBS: Pack your passport—we're going global. The City Capsule is back with four new cities and more than totes. Shop now.
https://txts.ly/YBQqBO
Text Message • SMS


7:08
99638
Fri, Dec 26 at 10:06 AM
MARC JACOBS
THE LAS VEGAS BAG
MARC JACOBS: Pack your passport—we're going global. The City Capsule is back with four new cities and more than totes. Shop now.
https://txts.ly/YBQqBO
Sat, Dec 27 at 10:06 AM
MARC JACOBS: Extra 20% Off Sale is here (& it's time to shop just for yourself)! Snag your favorites before they're gone. Shop Now.
Text Message • SMS


7:08
99638
Sat, Dec 27 at 10:06 AM
MARC JACOBS: Extra 20% Off Sale is here (& it's time to shop just for yourself)! Snag your favorites before they're gone. Shop Now.
https://txts.ly/VirTsO
Mon, Dec 29 at 10:05 AM
MARC JACOBS: Clocks ticking... but Extra 20% Off Sale continues! Don't miss out on styles that stun at prices that don't. Shop Now.
https://txts.ly/lfKEqO
Wed, Dec 31 at 10:03 AM
MARC JACOBS: The countdown's on - Extra 20% Off Sale ends tonight! Don't drop the ball, shop now before it's too late.
https://txts.ly/HjKGvO
Fri, Jan 9 at 3:02 PM
MARC JACOBS
Text Message • SMS


7:08
99638
Fri, Jan 9 at 3:02 PM
MARC JACOBS
THE HAWAII BAG
MARC JACOBS: Going somewhere? ✈️ The city capsule is made for your next stop, and selling out fast! Shop now.
https://txts.ly/JyNsGO
Thu, Jan 15 at 3:04 PM
MARC JACOBS
NEW SALE STYLES ADDED
Text Message • SMS


7:08
99638
Thu, Jan 15 at 3:04 PM
MARC JACOBS
LIMITED QUANTITIES
UP TO 50% OFF
NEW SALE STYLES ADDED
MARC JACOBS: Sale Starts Now! Get up to 50% off newly added sale styles. Shop now.
https://txts.ly/318glO
Sat, Jan 17 at 10:03 AM
MARC JACOBS: This weekend only up to 50% off sale styles! These new styles won't last long. Shop now.
https://txts.ly/oefWVO
Mon, Jan 19 at 3:01 PM
on Sale Styles Up to 50% Off.
Text Message • SMS


7:08
99638
Sat, Jan 17 at 10:03 AM
MARC JACOBS: This weekend only up to 50% off sale styles! These new styles won't last long. Shop now. https://txts.ly/oefWVO
Mon, Jan 19 at 3:01 PM
MARC JACOBS: Don't Miss Out on Sale Styles Up to 50% Off. Our favorites are selling fast. Shop now. https://txts.ly/MCDuYO
Tue, Jan 20 at 3:04 PM
MARC JACOBS: Last chance to shop sale styles up to 50% off! Grab a little something for you before it's too late. Shop now. https://txts.ly/nsJdLO
Thu, Jan 22 at 3:07 PM
MARC JACOBS
Text Message • SMS


7:09
99638
Thu, Jan 22 at 3:07 PM
MARC JACOBS
MARC JACOBS: Love Unleashed 💕 We're celebrating Valentine's Day the Marc way. Our curated gift selection is here. Shop now. https://txts.ly/zUubPO
Tue, Feb 3 at 4:34 PM
Text Message • SMS


7:09
99638
Tue, Feb 3 at 4:34 PM
Marc Jacobs: Your sold-out favorite is back in stock - grab it before it's gone (again): https://txts.ly/uDmldP
Wed, Feb 4 at 10:13 AM
MARC JACOBS
Text Message • SMS


7:09
99638
Wed, Feb 4 at 10:13 AM
MARC JACOBS
MARC JACOBS: Spring just got bolder. Check out the new Snapshot Shoulder and prepare for warmer days ahead with our Spring 2026 collection 🌸 https://txts.ly/PuJ51O
Tue, Feb 10 at 3:08 PM
MARC JACOBS: Don't keep Cupid waiting 💌 ! Order by 11:59PM ET tonight for
Text Message • SMS


7:09
99638
Tue, Feb 10 at 3:08 PM
MARC JACOBS: Don't keep Cupid waiting 💌 ! Order by 11:59PM ET tonight for Valentine's Day delivery. Shop now! https://txts.ly/hakV8O
Wed, Feb 11 at 3:06 PM
MARC JACOBS: Today only, complimentary expedited shipping! 💌 Order by 11:59PM ET for Valentine's Day delivery. https://txts.ly/MmFTjP
Thu, Feb 12 at 3:16 PM
MARC JACOBS
COLD DAYS CALL FOR A HOT SALE
TAKE AN EXTRA 20% OFF SALE
Text Message • SMS
time only. Shop now.


7:09
99638
Thu, Feb 12 at 3:16 PM
MARC JACOBS
COLD DAYS CALL FOR A HOT SALE
TAKE AN EXTRA 20% OFF SALE
MARC JACOBS: Brrr. It's cold out there. Warm up with an extra 20% off sale. For a limited time only. Shop now. https://txts.ly/BKmlaP
Sat, Feb 14 at 10:17 AM
MARC JACOBS: Stay warm this winter with hot prices on cult favorites. Take an extra 20% off sale, for a limited time only. Shop now. https://txts.ly/AL0OoP
Mon, Feb 16 at 10:15 AM
Text Message • SMS
extra 20% off sale. Shop now.


7:09
99638
Sat, Feb 14 at 10:17 AM
MARC JACOBS: Stay warm this winter with hot prices on cult favorites. Take an extra 20% off sale, for a limited time only. Shop now. https://txts.ly/AL0OoP
Mon, Feb 16 at 10:15 AM
MARC JACOBS: You deserve a treat this winter. Don't miss an extra 20% off sale. Shop now. https://txts.ly/SlpgrP
Tue, Feb 17 at 3:31 PM
MARC JACOBS: Last chance! Extra 20% off sale. Grab your favorites before they're gone! https://txts.ly/p6YqhP
Fri, Mar 13 at 12:03 PM
BARK JACOBS
Text Message • SMS


7:09
99638
Fri, Mar 13 at 12:03 PM
BARK JACOBS
MARC JACOBS: BFF on board. Bring your furry friend (or reptile, bird, and beyond) everywhere you go. Complimentary hand painted pet portraits are now available on select leather bags online. GET YOURS NOW. https://txts.ly/QZQcNP
Tue, May 19 at 3:01 PM
MARC JACOBS
Text Message • SMS


7:09
99638
Tue, May 19 at 3:01 PM
MARC JACOBS
Marc Jacobs: Pre-Fall 2026 is here, serving bold bags, sun-ready silhouettes and accessories with main-character energy 🎬 Shop New Arrivals now! https://txts.ly/maW4DQ
Sat, May 23 at 10:01 AM
Marc Jacobs: Your EXTRA 20% OFF is still waiting. Shop cult-favorite icons before they're gone. Explore now! https://txts.ly/JAUnwQ
Text Message • SMS